IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

UNITED STATES OF AMERICA )
)
v. )          2:07-MJ-037-TFM
)
CHARLES EDWARD JONES, II )

**<u>ORDER</u>**

For good cause, it is

**ORDERED** that a preliminary/detention  hearing be and is hereby set on April 11, 2007, at 2:00 p.m. in Courtroom 4A, Frank M. Johnson, Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama.  If the defendant is in custody, the United States Marshal or the person having custody of the defendant shall produce the defendant for the hearing.

Done this 9th day of April, 2007.


/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE