IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | CRIMINAL ACTION NO. |
| | ) | 2:07mj37-TFM |
| CHARLES EDWARD JONES, II | ) | |

## **ORDER**

On 4/11/2007, pursuant to Federal Rules of Criminal Procedure 5.1, the court held a preliminary hearing in this case. Based on the evidence presented at the hearing, the court finds that there is probable cause to believe that an offense has been committed and that the defendant committed the offense. Accordingly, it is

ORDERED that the defendant be bound over to the grand jury for further action.

Done this 12th day of April, 2007.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE